**Encarnacion AGUILAR, Petitioner–Appellant,**

v.

**Dwight NEVEN and Attorney General of the State of Nevada, Respondents–Appellees.**

No. 09–17347.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 14, 2011.

Filed March 23, 2011.

Encarnacion Aguilar, Indian Springs, NV, pro se.

by Ninth Circuit Rule 36–3.

Paul G. Turner, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Michael Bongard, Deputy Attorney General, Attorney Generals Office, Ely, NV, for Respondents–Appellees.

Before: WALLACE, NOONAN, and CLIFTON, Circuit Judges.

MEMORANDUM *

Encarnacion Aguilar ("Aguilar") appeals the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. He argues that, in violation of the Sixth Amendment, he was denied a speedy trial. We affirm, for the reasons stated by the district court.

Aguilar also seeks a certificate of appealability ("COA") regarding whether his appellate counsel was ineffective in failing to argue the indictment was untimely. We deny the COA, for the reasons stated by the district court.

AFFIRMED and DENIED.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.